O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 08-658M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| RAFAEL CASTILLO LARIOS, ) | |
| ) | |
| Defendant. ) | |

I.

A. (  ) On motion of the Government involving an alleged

    1. (  ) crime of violence;

    2. (  ) offense with maximum sentence of life imprisonment or death;

    3. (  ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,,/955a);

    4. (  ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

    1. ( X ) serious risk defendant will flee;

    2. (  ) serious risk defendant will

        a. (  ) obstruct or attempt to obstruct justice;

        b. (  ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1 II.

2 The Court finds no condition or combination of conditions will reasonable assure:

3 A. ( X ) appearance of defendant as required; and/or

4 B. ( ) safety of any person or the community;

5 III.

6 The Court has considered:

7 A. ( x ) the nature and circumstances of the offense;

8 B. ( x ) the weight of evidence against the defendant;

9 C. ( x ) the history and characteristics of the defendant;

10 D. ( ) the nature and seriousness of the danger to any person or to the community.

11 IV.

12 The Court concludes:

13 A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15 B. (x ) History and characteristics indicate a serious risk that defendant will flee because:

16 **Defendant is undocumented. He has no ties to the community and no bail**

17 **resources.**

18

19 C. ( ) A serious risk exists that defendant will:

20 1. ( ) obstruct or attempt to obstruct justice;

21 2. ( ) threaten, injure or intimidate a witness/ juror; because:

22

23 D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24 provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)  - 2 -  Page 2 of 3

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: November 18, 2008

_____
Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)  - 3 -  Page 3 of 3